**T··Mobile·** stick together

T-Mobile USA
Law Enforcement Relations Group
4 Sylvan Way
Parsippany, New Jersey 07054
Phone (973) 292-8911
Fax (973) 292-8697

# Facsimile Cover Sheet

| | |
|---|---|
| To: **JAMES PRAT** | Fax Number: 312-262-2606 |
| From: Antoinette Moore 973-292-8922 or EMAIL ANTOINETTE.MOORE@T-MOBILE.COM | Voice Number: 316-262-2600 |
| Date: 4/9/2015 12:00:00 AM | Subject: **Subpoena Response** |
| Pages: 1 including cover | 2015-062125 |

This is in response to the Subpoena, dated 3/16/2015 12:00:00 AM and served upon T-Mobile USA, Inc. on 4/9/2015 12:00:00 AM. This subpoena requests:

We are unable to provide the information you seek for the following reason(s):

UNITED STATES VS ANTOINE BEASLEY (CASE NO: 13-10112-03-JTM) TARGET NUMBER: 2063138054 is not associated with any T-Mobile subscribers. Target number is an MSRN number. The MSRN number is the Mobile Station Roaming Number. The Mobile Station Roaming number is defined telephone number used to route telephone calls in a mobile network. It can also be defined as a directory number temporarily assigned to a mobile for a mobile terminated call.

Should you have any questions regarding this information please feel free to contact me at your convenience. My direct telephone number is: 973-292-8922 or EMAIL ANTOINETTE.MOORE@T-MOBILE.COM

Very truly yours,

*[signature]*

**Antoinette Moore**
T-Mobile Law Enforcement Relations Group

File: 2015-062125                                                             Page 1 of 1

The information contained in this facsimile transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original to us at the address listed below via regular U.S. Mail. Thank you.