

# PRATT LAW LLC

445 N. Waco
Wichita, Kansas 67202
Ph: 316-262-2600  Fax: 316-262-2606
Jim@JamesRPrattLaw.Com

# FAX

| | | | |
|---|---|---|---|
| **To:** | T-Mobile<br>Subpoena Compliance<br>4 Sylvan Way<br>Parsippany NJ 07054 | **From:** | JAMES PRATT |
| **Fax:** | 973-292-8697 | **Pages:** | 6 (including cover) |
| **Phone:** | | **Date:** | March 16, 2015 |
| **Re:** | US v. Antoine Beasley 13-10112-03<br>Subpoena for Production of documents | **CC:** | |

☐ Urgent     x For Review     ☐ Please Comment     ☐ Please Reply

To whom it may concern, attached please find the Subpoena and Order for Production of Documents Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, in the above referenced case. If you have any questions regarding this order or the subpoena, please do not hesitate to give me a call.

Thank you for your time and consideration in this matter.

Jim Pratt

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANTOINE BEASLEY | ) | Case No. 13-10112-03-JTM |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: T-MOBILE  P: 973-292-8911
SUBPOENA COMPLIANCE DEPARTMENT  F: 973-292-8697
4 SYLVAN WAY
PARSIPPANY NJ, 07054

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: PRATT LAW LLC<br>445 N. WACO<br>WICHITA, KANSAS 67202 | Courtroom No.: |
|---|---|
| | Date and Time: APRIL 20, 2015 |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE ATTACHMENT A

(SEAL)

Date: 3-16-2015

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ANTOINE BEASLEY
_____, who requests this subpoena, are:

JAMES R. PRATT
PRATT LAW LLC
445 N. WACO
WICHITA, KANSAS 67202
P: 316-262-2600
F: 316-262-2606
E: JIM@JAMESRPRATTLAW.COM

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 13-10112-03-JTM

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, }
    Plaintiff, }
 }
vs. }    Case No. 13-10112-03-JTM
 }
ANTOINE BEASLEY, }
    Defendant. }
 }

**ATTACHMENT A**

a. Records pertaining to T-Mobile Wireless telephone number 206-313-8054- specifically, subscriber information, call detail records, text message detail, bill copies, payment history and cell site/sector information from October 1, 2012 through June 12, 2013.

b. If T-Mobile Wireless telephone number 206-313-8054 was not issued to a T-Mobile subscriber **at any time** during the period from October 1 2012, through June 12, 2013 then any information regarding its use by T-Mobile, **including but not limited** to its use as a "Network switching subsystem (NSS)", a Mobile switching center (MSC) (MSCS)" a "Short message service center", a "multi-media message service center (MMSC)", a "voicemail system (VMS), or whether it was issued to a "Family Mobile" subscriber.

***UNDER SEAL***
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> ANTOINE BEASLEY, <br> Defendant. | Case No. 13-10112-03-JTM |

**EX PARTE ORDER FOR PRODUCTION OF DOCUMENTS PURSUANT TO RULE 17(c) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

NOW on this 13th day of March 2015, on the application of James R. Pratt, attorney of record for the defendant Antoine Beasley, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure and for good cause shown, the Court hereby finds that the production of certain documents are necessary for an adequate defense.

The Court further finds that the defendant is financially unable to pay the costs incurred for the production of said documents.

IT IS THEREFORE ORDERED that T-Mobile Wireless is hereby ordered to produce the following documents and information:

    a. Records pertaining to T-Mobile Wireless telephone number 206-313-8054- specifically, subscriber information, call detail records, text message detail, bill copies, payment history and cell site/sector information from October 1, 2012 through June 12, 2013.

    b. If T-Mobile Wireless telephone number 206-313-8054 was not issued to a T-Mobile subscriber at any time during the period from October 1 2012, through June 12, 2013 then any information regarding its use by T-Mobile, including but not limited to its use as a "Network switching subsystem (NSS)", a Mobile switching center (MSC) (MSCS)" a "Short message service

1

center", a "multi-media message service center (MMSC)", a "voicemail system (VMS), or whether it was issued to a "Family Mobile" subscriber.

IT IS FURTHER ORDERED that the Clerk of this Court issue a Subpoena for the above documents, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure; that in the interests of time in preparing an adequate defense, the Subpoena be made returnable to Pratt Law LLC, 445 N. Waco, Wichita, Kansas 67202.

IT IS SO ORDERED this 13th day of March, 2015.

       s/ J. Thomas Marten
       HONORABLE J. THOMAS MARTEN
       UNITED STATES CHIEF DISTRICT COURT
       JUDGE

RULE 17C ORDER PREPARED BY:

/s/ James R. Pratt
James R. Pratt #17716
445 N. Waco
Wichita, Kansas 67202
Phone: 316-262-2600
Fax: 316-262-2606
jim@jamesrprattlaw.com

2

# T··Mobile· stick together

T-Mobile USA
Law Enforcement Relations Group
4 Sylvan Way
Parsippany, New Jersey 07054
Phone (973) 292-8911
Fax (973) 292-8697

# Facsimile Cover Sheet

| | | | |
|---|---|---|---|
| To: | JAMES PRAT | Fax Number: | 312-262-2606 |
| From: | Antoinette Moore 973-292-8922 or EMAIL ANTOINETTE.MOORE@T-MOBILE.COM | Voice Number: | 316-262-2600 |
| Date: | 4/9/2015 12:00:00 AM | Subject: | Subpoena Response |
| Pages: | 1 including cover | | 2015-062125 |

This is in response to the Subpoena, dated 3/16/2015 12:00:00 AM and served upon T-Mobile USA, Inc. on 4/9/2015 12:00:00 AM. This subpoena requests:

We are unable to provide the information you seek for the following reason(s):

UNITED STATES VS ANTOINE BEASLEY (CASE NO: 13-10112-03-JTM) TARGET NUMBER: 2063138054 is not associated with any T-Mobile subscribers. Target number is an MSRN number. The MSRN number is the Mobile Station Roaming Number. The Mobile Station Roaming number is defined telephone number used to route telephone calls in a mobile network. It can also be defined as a directory number temporarily assigned to a mobile for a mobile terminated call.

Should you have any questions regarding this information please feel free to contact me at your convenience. My direct telephone number is: 973-292-8922 or EMAIL ANTOINETTE.MOORE@T-MOBILE.COM

Very truly yours,

*[signature]*

**Antoinette Moore**
T-Mobile Law Enforcement Relations Group

File: 2015-062125                                              Page   1 of 1

The information contained in this facsimile transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original to us at the address listed below via regular U.S. Mail. Thank you.