**Classification: SENSITIVE**

Linesheet - With Subscriber

06/27/2013 11:48:35 CDT

| | |
|---|---|
| **Case:** | ATF 779060-13-0006 |
| **File Number:** | |
| **Target:** | Gerald Beasley |
| **Line Id:** | 316-409-4284 (ATT) |
| **Session:** | 587 |

| | |
|---|---|
| **Date:** | 03/30/2013 |
| **Start Time:** | 10:11:56 CDT |
| **Duration:** | 00:04:38 |
| **Direction:** | Incoming |
| **Monitored By:** | jf4347 |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **In Digits:** | 3168711442 |
| **Associate Number:** | (316) 871-1442 |

**Subscriber**

**Participants:**

GERALD BEASLEY

OUT

## Synopsis

Direction:          Incoming

Associate Number:   3168711442

Subscriber:          <$Subscriber>
<$Subscriber_Address_Line_1>
                     WICHITA, KS

Synopsis:  STEPHEN SMALLWOOD CALLS GERALD BEASLEY.

JEF

TRANSCRIPT

GB: HELLO

SS: HEY HEY WHAT'S GOING ON

GB: NOT MUCH WHAT'S UP

[CROSSTALK]

GB: THING

SS: HUH

GB: I SAID TRYING TO GET READY FOR TO TO GET THIS PLACE OPEN

SS: OH OK

GB: YEAH

SS: I SEE YOU HAD CALLED LAST NIGHT

GB: YEAH YOU TOLD ME TO CALL YOU SOON AS THEY GOT GOT AWAY FROM UH THE THE PLACE

SS: HMM

**Classification: SENSITIVE**



**Classification: SENSITIVE**

Linesheet - With Subscriber

06/27/2013 11:48:35 CDT

GB: FROM THE THE JAIL

SS: OH OK

GB: YEAH I I AS SOON AS I GOT AWAY FROM THERE I GAVE YOU A CALL.  YOU DIDN'T ANSWER SO. YOU KNOW I...[UI] MESSING WITH THEM BOYS BUT YOU KNOW. I I DIDN'T EVEN GO OVER THERE. HE DIDN'T ASK SO I DIDN'T EVEN BOTHER BOTHER WITH HIM.

SS: YEAH CAUSE WELL I THOUGHT YOU WASN'T GOING TO DO IT. CAUSE YOU WAS SAYING THAT YOU THEY WAY YOU WAS TALKING YOU JUST WASN'T GOING TO DO IT NO WAYS SO I DIDN'T EVEN...I WASN'T TRIPPING OVER THAT

GB: NO NO I DIDN'T HAVE THE MONEY TO DO IT CAUSE I'M I'M WAITING ON WHAT'S GOING TO HAPPEN TODAY.  THAT'S WHAT I'M WAITING ON WHAT'S GOING TO HAPPEN TODAY. AND I GOT ENOUGH MONEY TO COVER THAT YOU KNOW I GOT SPREADED SO THIN THE OTHER WAY SO I HAVE ENOUGH MONEY TO COVER THAT AND THAT'S WHAT I'M TRYING TO DO JUST COVER THAT YOU KNOW.

SS: YEAH NO I WASN'T GO OUT HERE TO DO NOTHING THAT THAT WASN'T GOING TO BE COVERED ANYWAY CAUSE LIKE I SAY I ALWAYS NEED TO HAVE THAT RIGHT YOU KNOW THE VERY NEXT DAY JUST [UI] JUST BRING IT BACK UP THERE THEN.

GB: YEAH OK I I UNDERSTAND THAT YOU KNOW BUT YOU KNOW JUST THE NIGHT BEFORE I DIDN'T HAVE IT AND I THEY WANTED IT THEN SO I DIDN'T [UI] I DIDN'T MESS WITH THEM YOU KNOW.  YOU YOU SAID THAT YOU HAD IT SO I WAS GOING TO GET IT FROM THEM AND UH JUST TAKE IT BACK TO THEM LATER.

SS: YEAH. AND THAT'S WHAT I WAS [UI] YOU KNOW I SAID WELL I JUST...AND THEN I WOULD TRY TO KEEP THE OTHER 7 FOR WHAT WHAT WE WAS DOING ANYWAYS SO

GB: YEAH

SS: [UI]

GB: TRYING TO JUST GET THEM PAID OFF ON THAT OTHER THING AND AND AND [UI] THE UH TRY TRY TO GET BUSY.  GO INTO THOSE MYSELF. CAUSE FROM WHAT...WHAT WHAT I UNDERSTAND IS IS UH UH THEY GOT QUITE A FEW OF THEM.

SS: HMM

GB:YOU KNOW SO THAT THAT'S WHAT I WAS TRYING TO DO.  I JUST WANT I WANT TO GET THEM PAID OFF YOU KNOW AND IF I CAN DO TODAY I I I I CAN GET A PIECE OF ONE ANYWAY.

SS: OK

GB: AND THEN YOU WON'T HAVE TO WORRY ABOUT THEM AT ALL OR NOTHIN'.

SS: HMM. HMM. [COUGHING] THAT WOULD BRING US SOMETHING ON THAT OTHER ON THAT [UI] DEAL.  YOU KNOW WE HAD [UI] [COUGHING]  GO DO MY LITTLE [COUGHING] REGULAR PAYMENT DEAL ON THAT.

GB: YEAH.  WELL OK. IF WE GET READY TO PAY THEM OFF TODAY

SS: WHICH ONES

GB: UH DAMN THE ONE WE GOT FROM THE OTHER DAY WE GOT THE TWO AND ONE.

SS: YEAH THEM TWO.

SS: [UI] I ALREADY PAID FOR PART

GB: HUH?

SS: I SAID I PAID THE ONE REMEMBER?

GB: WHAT YOU GAVE IT TO IT WAS UH YEAH IT WAS UH YEAH IT WAS IT WAS UH WHAT WAS IT 64

SS: YEAH

GB: AND AND IT DOWN TO 44 NOW YOU KNOW

[CROSSTALK]

SS: AND I BRINGING THE 2  AND THAT WAS KNOCKING IT DOWN TO 24 AND THEN TRYING TO THE [UI]

GB: YEAH CAUSE I I WANT TO GET THEM OUT OF MY HAIR MAN CAUSE I'M TRYING OF DEALING WITH THEM THEY THEY BECOMING A HEADACHE YOU KNOW CAUSE WHEN THEY [BAS AUDIO] STARTED NOT DEMANDING BUT YOU KNOW IT IT I JUST WANT TO GET THEM GONE. ONCE I GET THEM GONE I GET A PIECE AND THEN THEN I CAN DO WHAT I NEED TO DO.

**Classification: SENSITIVE**

**Classification: SENSITIVE**

SS: OK

GB: YOU KNOW CAUSE MONEY RUN EVERY WHICH WAY. TO ME THAT'S CRAZY. WE GOT TO GET IT GET IT GET IT BACK TO ONE PLACE.

SS: OH OK

GB: YEAH SO AND THEN THAT'S MY WHOLE OBJECTIVE IS TRYING TO GET THEM TAKEN CARE OF TODAY. YOU KNOW I GET THEM TAKEN CARE OF THEN I THEN I CAN YOU KNOW THEN WE CAN START DOING WHAT WE DO.

SS: ALRIGHT

GB: YEAH. ALRIGHT THEN.

SS: MMHMM

EOC

JEF

**Classification: SENSITIVE**