Classification: SENSITIVE

Linesheet - With Subscriber                                         06/27/2013 11:48:36 CDT

| | |
|---|---|
| Case: | ATF 779060-13-0006 |
| File Number: | |
| Target: | Gerald Beasley |
| Line Id: | 316-409-4284 (ATT) |
| Session: | 1196 |
| Date: | 04/02/2013 |
| Start Time: | 22:10:51 CDT |
| Duration: | 00:10:22 |
| Direction: | Incoming |
| Monitored By: | ss0805 |
| Classification: | Pertinent |
| Complete: | Completed |
| In Digits: | 3163905798 |
| Associate Number: | (316) 390-5798 |

Subscriber

Participants:
GERALD BEASLEY

### Synopsis

Direction:           Incoming

Associate Number:    3163905798

Subscriber:          <$Subscriber>
<$Subscriber_Address_Line_1>
                     <$Subscriber_City>, <$Subscriber_Province>

Synopsis: ANITA BURKLEY TO GERALD

GB TELLS HER HE IS LAYING IN BED. ANITA SAYS SHE WILL CALL HIM BACK, GB SAYS HE CAN TALK NOW. GB TALKING ABOUT GOING TO THE DOCTOR 10 30 ON THURS. ANITA IS GOING TO COOK. GB IS EATING BOILED EGGS, HE HAS HAD 4. THEN HE IS GOING TO BED

CALL MINIMIZED

*****GB TALKING ABOUT SOMEONE BRINGING HIM 5 , 10 15 AT A TIME, AND NOW HE ONLY BRINGS 2. GB SAYS HE DOESNT NEED TO BE ON THAT SIDE OF THE STREET. ESPECIALLY WHEN PEOPLE ARE CALLING CHIFFON BEASLEY

TRANSCRIPT

GB: [UI]

AB: HUH

GB: THAT'S WHY HE'S MISSING NOW.

AB: EXACTLY

GB: YOU KNOW CAUSE HE WANT HE YOU KNOW AND THEN HE UH HE UH HE USED TO BRING ME FIVE, TEN, FIFTEEN AT A TIME YOU KNOW. NOW IT [UI] ONE AND TWO AND THEN HE MAN CAUSE I WANT UH UH UH

AB: [UI] YOU

GB: YEAH COME ON JUST I MEAN WE WE WE WE WE DEEP WE DEEP INTO THIS AND YOU WE NEED TO GET THIS DOWN

AB: MMHMM

GB: YEAH WE NEED TO GET THIS DOWN

AB: OOH HE IS NOT UNDERSTANDING YOU TODAY IS HE

**DEFENDANT'S EXHIBIT** B

Classification: SENSITIVE

424 of 1709

Classification: SENSITIVE

Linesheet - With Subscriber

06/27/2013 11:48:36 CDT

GB: NO HE REALLY AIN'T

AB: YOU SAY WHAT?

GB: HE REALLY AIN'T

AB: NO NO I KNOW HE'S NOT

AB: MMM OH WELL

GB: I JUST I JUST UH BASICALLY YOU KNOW I DON'T NEED TO BE IN FRONT OF THE THE THE LC OF THINGS I DON'T THINK SO.  I DON'T NEED TO BE ON THAT SIDE OF THE STREET.

AB: UH NO YOU DON'T

GB: ESPECIALLY NOW SINCE EVERYBODY UH UH WHOEVER DOIN' WHAT THEY DOIN'.  INCOMING CALL FROM CHIFFON BEASLEY. I WONDER HOW THEY CALLED HER AGAIN.

AB: OOH

[LAUGHTER]

AB: THAT'S CRAZY

GB: [UI]

AB: OOH WEE MMHMM

GB: SOMEBODY CALLING ME. HOLD ON  HOLD ON.

****END OF PERTINENT CONVERSATION****

JEF

CALL MINIMIZED

TALKING ABOUT KEEPING THE PEACE AND GB IS WHERE HE NEEDS TO BE TONIGHT.  GB JUST WANTS TO KNOW WHO IS THROWING THE DARTS

CALL MINIMIZED

ANITA TALKING ABOUT NICOLE LIVING WITH HER MOMMA AND THEY DO NOT GET ALONG

CALL MINIMIZED

GB TALKING ABOUT SEEING SOMEONE IN ACTION BEING A BITCH.  ANITA CAN TELL BY GB VOICE THAT HIS MEDICINE HAS KICKED IN

CALL MINIMIZED

ANITA SAYING HELLO HELLO
 EOC

SQS